3

28

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

AUG 11 1995

Michael N. Milby, Clerk

| | | |
|---|---|---|
| VERNON MAXWELL | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-95-409 |
| | § | |
| STEVE GEORGE and | § | |
| NICK GEORGE | § | |
| | § | |
| Defendants. | § | |

# ORDER VACATING ORDER OF DISMISSAL

The order of dismissal and final judgment filed by this court on August 2, 1995 (Docket Entry No. 26) is hereby VACATED.

The unopposed motion to dismiss defendant Nick George without prejudice is GRANTED. The case against defendant Steve George remains pending.

SIGNED on _August 9_, 1995, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge

950808 1356LHR008FU01